THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HERBERT PARKER, Appellant.— Judgment of conviction unanimously affirmed. (Appeal from judgment of Erie County Court convicting the defendant of the sale of narcotics (Penal Law, § 1751, subd. 1). Present — Bastow, J. P., Goldman, Halpern, McClusky and Henry, JJ.

FRANCIS NOAH, Appellant, v. LEO J. BERGER et al., Respondents.— Judgment unanimously affirmed, without costs of this appeal to either party. (Appeal from judgment of Erie Trial Term dismissing the complaint on a verdict of no cause of action in an automobile negligence action.) Present — Bastow, J. P., Goldman, Halpern, McClusky and Henry, JJ.

KLOCK OIL CO., INC., Appellant, v. OTTO D. VOLKMAN et al., Respondents.— Judgment unanimously affirmed, with costs. (Appeal from judgment of Monroe County Court dismissing plaintiff's complaint upon defendants' motion at the conclusion of all of the evidence, in an automobile negligence action.) Present — Williams, P. J., Bastow, Halpern, McClusky and Henry, JJ.

ANTHONY RUSSO, an Infant, by GAETANO RUSSO, His Guardian ad Litem, et al., Respondents, v. JOHN X. McCONKEY et al., Appellants, et al., Defendants.— Judgment unanimously reversed on the facts and a new trial granted, unless the infant plaintiff shall, within 10 days, stipulate to reduce the verdict to the sum of $5,000, as of the date of the rendition thereof, in which event the judgment is modified accordingly and, as so modified affirmed, without costs of this appeal to any party. Memorandum: In our opinion, the verdict in favor of the infant-plaintiff in the sum of $7,500 was excessive. (Appeal from judgment of Wayne Trial Term against defendants McConkey and Rogalski in favor of plaintiffs Russo, in an automobile negligence action.) Present — Williams, P. J., Bastow, Halpern, McClusky and Henry, JJ.

ANTHONY RUSSO, an Infant, by GAETANO RUSSO, His Guardian ad Litem, et al., Appellants, v. JOHN X. McCONKEY et al., Defendants, and CHARLES HRISCKO et al., Respondents.— Judgment and order unanimously affirmed, without costs of this appeal to any party. (Appeal by plaintiffs from judgment and order of Wayne Trial Term dismissing the complaint as to defendants Hulbert Co. and Hriscko at the close of plaintiffs' case, in an automobile negligence action. The order granted defendants' motion for a nonsuit.) Present — Williams, P. J., Bastow, Halpern, McClusky and Henry, JJ.